JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKIA S. WHITE,<br><br>             Plaintiff(s),<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendant(s). | Case No. 2:23-cv-01010-RGK-AGRx<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On May 16, 2023, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for lack of prosecution [11]. A response to the OSC was ordered to be filed on or before May 23, 2023. On May 17, 2023, plaintiff filed a First Amended Complaint [12] which does not extend the time to serve defendants who were also named in the original complaint. The last day to timely serve the defendant was on or about May 1, 2023. Plaintiff having failed to respond to the OSC, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 24, 2023

                                              R. GARY KLAUSNER<br>                                              UNITED STATES DISTRICT JUDGE